# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:10-CR-138-DBH |
| ) | |
| ROBERT DAOUST, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ON DEFENDANT'S MOTION TO ALTER SENTENCE

The defendant Robert Daoust has written me a letter requesting a reduction in the sentence I imposed on June 20, 2011. I applaud Mr. Daoust on his positive attitude, and I understand his desire to spend time with an aging and infirm parent, a very young daughter, and a step-daughter approaching graduation. But I have no authority to alter his sentence. I treat his letter as a motion and I must **DENY** the motion.

SO ORDERED.

DATED THIS 17TH DAY OF JULY, 2012

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**